FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Vrej Zargarian

**BANKRUPTCY NO.** 2:12–bk–39192–SK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–3128
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 8/31/12

**Address:**
2151 El Arbolita Drive
Glendale, CA 91208

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: August 31, 2012

BY THE COURT,
**Sandra R. Klein**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**7 / JLL**